In the Matter of MAX J. WEINSTEIN, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion to dismiss proceeding granted. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JENNIE MILLER and FITZHUGH MILLER, Appellants.— Motion for leave to appeal to the Court of Appeals, etc. [See 267 App. Div. 848.] Motion denied. All concur.

In the Matter of NEW YORK STATE GUERNSEY BREEDERS CO-OPERATIVE, INC., Respondent, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Appellant.— Motion to clarify prior order annulling determination, etc. [See 266 App. Div. 462.] Motion granted, with fifty dollars costs and disbursements. All concur. [See *post,* p. 1072.]

SACKETT LAKE PROPERTY OWNERS ASSOCIATION, INC., et al., Appellants, v. MAX LEVINE et al., Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 809.] Hill, P. J., Bliss, Heffernan and Brewster, JJ., concur; Foster, J., taking no part.

In the Matter of the Claim of EUGENE EDMONDS, Appellant, against D. KALFAIAN & SON, INC., et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 838.] All concur.